Douglas M. Whatley, Bankruptcy Trustee
P.O. Box 538
Folsom, CA  95763-0538
Telephone: (916) 358-9345
E-mail:  2dougwhatley@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>ANTHONY VENTURA and<br>SUZANNE VENTURA,<br><br>                      Debtors | Case No. 14-21466<br><br><br><br><br>DCN: BHS-2 |

REPORT OF SALE BY TRUSTEE PURSUANT TO RULE 6004(f)(1)

    The following is an itemized statement of the property sold by the trustee, the name of each purchaser, and the price received for each item or lot:

| DESCRIPTION OF PROPERTY | NAME OF PURCHASER | PRICE |
|---|---|---|
| Lawsuits | | |
| Ventura v. Jacqueline Rice<br>Placer County cases and pending appeal<br>SCV0030152, SVC0034097, CO74982 | JACQUELINE RICE | $30,000.00 |

   DATED:  January 8, 2015                                                /s/ Douglas M. Whatley