Douglas M. Whatley, Bankruptcy Trustee
P.O. Box 538
Folsom, CA  95763-0538
Telephone: (916) 358-9345
E-mail:  2dougwhatley@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:                                                        ) Case No. 14-21466
ANTHONY VENTURA and                       )
SUZANNE VENTURA,                              )
                                                                  )
          Debtors                                          )
                                                                  ) DCN: BHS-4
                                                                  )

REPORT OF SALE BY TRUSTEE PURSUANT TO RULE 6004(f)(1)

The following is an itemized statement of the property sold by the trustee, the name of each purchaser, and the price received for each item or lot:

| DESCRIPTION OF PROPERTY | NAME OF PURCHASER | PRICE |
|---|---|---|
| 30 HORSES<br>See attached list | Humane Society of<br>Sierra Foothills | $20,000 |

DATED:  January 8, 2015                                        /s/ Douglas M. Whatley

Anthony and Suzanne Ventura  
Eastern District of California  
Case #14-21466-B-7

10/11/2014  
1

| Photo | Description | ~Age | Location | Contact |
|---|---|---|---|---|
| 1 | Sorrel mare w/star, snip | 9 | HSSF, 13412 Lincoln Way, Auburn | Rosemary Frieborn - 916-765-2938 |
| 2 | Chestnut mare | 15 | HSSF, 13412 Lincoln Way, Auburn | Rosemary Frieborn - 916-765-2938 |
| 3 | Bay mare w/stripe | 4 | Sacramento Animal Control | Dave Dickenson - ddickenson@saccounty.net |
| 4 | Sorrel mare | 15 | Sacramento Animal Control | Dave Dickenson - ddickenson@saccounty.net |
| 5 | Bay mare w/star | 4 | Sacramento Animal Control | Dave Dickenson - ddickenson@saccounty.net |
| 6 | Chestnut mare w/star, stripe, snip, RR/LF sock | 4 | Sacramento Animal Control | Dave Dickenson - ddickenson@saccounty.net |
| 7 | Bay mare | 16 | Sacramento Animal Control | Dave Dickenson - ddickenson@saccounty.net |
| 8 | Sorrel mare w/blaze | 5 | 9800 Calvine Road, Sacramento | Jan Wilkenson - 916-682-2090 |
| 9 | Bay mare w/star | 7 | 9800 Calvine Road, Sacramento | Jan Wilkenson - 916-682-2090 |
| 10 | Bay mare w/star | 5 | 9800 Calvine Road, Sacramento | Jan Wilkenson - 916-682-2090 |
| 11 | Bay mare w/star | 5 | 9800 Calvine Road, Sacramento | Jan Wilkenson - 916-682-2090 |
| 12 | Bay mare | 7 | 9800 Calvine Road, Sacramento | Jan Wilkenson - 916-682-2090 |
| 13 | Bay mare | 7 | 9800 Calvine Road, Sacramento | Jan Wilkenson - 916-682-2090 |
| 14 | Bay mare w/star & L rear sock | 7 | 9800 Calvine Road, Sacramento | Jan Wilkenson - 916-682-2090 |
| 15 | Bay mare w/star | 7 | 9800 Calvine Road, Sacramento | Jan Wilkenson - 916-682-2090 |
| 16 | Sorrel mare | 14 | 9800 Calvine Road, Sacramento | Jan Wilkenson - 916-682-2090 |
| 17 | Bay stallion w/star | 8 | 2165 Madge, Olivehurst | Joe Cardenas - 530-315-3212 |
| 18 | Bay stallion w/star | 7 | 2165 Madge, Olivehurst | Joe Cardenas - 530-315-3212 |

Case 14-21466   Filed 11/21/14   Doc 132

EXHIBIT 1

**Anthony and Suzanne Ventura**
**Eastern District of California**
**Case #14-21466-B-7**

10/11/2014
2

| Photo | Description | ~Age | Location | Contact |
|---|---|---|---|---|
| 19 | Sorrel stallion star,snip,rear pastern | 5 | 8700 Tudsbury, Loomis | Teresa Glissman - 916-521-6042 |
| 20 | Sorrel stallion blaze, LRF half stocking,RF coronet | 7 | 8700 Tudsbury, Loomis | Teresa Glissman - 916-521-6042 |
| 21 | Sorrel gelding | 10 | 8700 Tudsbury, Loomis | Teresa Glissman - 916-521-6042 |
| 22 | Bay mare LR pastern | 4 | 8700 Tudsbury, Loomis | Teresa Glissman - 916-521-6042 |
| 23 | Bay gelding | 9 | 8700 Tudsbury, Loomis | Teresa Glissman - 916-521-6042 |
| 24 | Bay mare | 3 | 8700 Tudsbury, Loomis | Teresa Glissman - 916-521-6042 |
| 25 | Bay mare | 3 | 8700 Tudsbury, Loomis | Teresa Glissman - 916-521-6042 |
| 26 | Bay gelding star | 5 | 8700 Tudsbury, Loomis | Teresa Glissman - 916-521-6042 |
| 27 | **Bay stallion | 5 | Alameda Fairgrounds, Pleasanton | Jim - 925-567-6049 track supervisor // Manny - groom |
| 28 | **Sorrel stallion | 5 | Alameda Fairgrounds, Pleasanton | Jim - 925-567-6049 track supervisor // Manny - groom |
| 29 | **Thoroughbred | | with Ventura | Anthony Ventura |
| 30 | **Thoroughbred | | with Ventura | Anthony Ventura |

** Photos unavailable